**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6938

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

HENRY EARL MILLER, a/k/a Stef, Stefan,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  J. Michelle Childs, District Judge.  (6:04-cr-00022-JMC-3)

Submitted:  January 17, 2023                          Decided:  January 20, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Henry Earl Miller, Appellant Pro Se.  William Jacob Watkins, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Henry Earl Miller appeals the district court's order denying his motion for a writ of error coram nobis. Having reviewed the record, we are satisfied that the district court did not abuse its discretion in denying the motion. *See United States v. Lesane*, 40 F.4th 191, 196-97 (4th Cir. 2022) (stating standard of review and explaining requirements for coram nobis relief). This court has rejected Miller's claim that his sentences violated his protection against double jeopardy. *See United States v. Shavers*, 820 F.2d 1375, 1377-78 (4th Cir. 1987). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*